# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1091**

**CA 13-00011**

PRESENT: SMITH, J.P., PERADOTTO, CARNI, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF DANIEL JONES,
PETITIONER-APPELLANT,

V                                                                    ORDER

ERIE COUNTY CLERK'S OFFICE,
RESPONDENT-RESPONDENT.
(APPEAL NO. 1.)

---

DANIEL JONES, PETITIONER-APPELLANT PRO SE.

MICHAEL A. SIRAGUSA, COUNTY ATTORNEY, BUFFALO (JEREMY C. TOTH OF COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Penny M. Wolfgang, J.), dated June 26, 2012.  The order dismissed the proceeding for lack of personal jurisdiction.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985, 985).

Entered:  November 14, 2014                     Frances E. Cafarell
                                                Clerk of the Court